```
BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559)497-4000
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:11-CR-00214 LJO |
| ) | |
| Plaintiff, ) | STIPULATION AND |
| ) | ORDER FOR EXTENSION OF TIME |
| v. ) | FOR GOVERNMENT TO FILE RESPONSE |
| ) | TO DEFENDANT'S MOTION TO |
| MARCELINO HIGAREDA, ) | SUPPRESS |
| ) | (NOTE Time Change) |
| Defendant. ) | |
| ) | |
| ) | |

   IT IS HEREBY STIPULATED and requested by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Yan Shrayberman, attorney for defendant, that the December 12, 2011 due date for the Government's response to the defendant's Motion to Suppress be extended to December 27, 2011. The parties further stipulate and request that the Court continue the hearing on the motion and status conference currently scheduled for December 19, 2011 at 1:00 p.m. to January 3, 2012 at 1:00 p.m.

   The reason for the requested extension and continuance is extenuating circumstances created by several family emergencies that involved serious medical issues of family members of the undersigned

Assistant U.S. Attorney.

The parties further stipulate that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: December 12, 2011          Respectfully submitted,

                                  BENJAMIN B. WAGNER
                                  United States Attorney

                              By   /s/ Kimberly A. Sanchez
                                  KIMBERLY A. SANCHEZ
                                  Assistant U.S. Attorney

Dated: December 12, 2011          /s/ Yan Shrayberman
                                  YAN SHRAYBERMAN
                                  Attorney for Defendant

ORDER

To enable the Court to return and be prepared, the hearing is rescheduled to January 9, 2012 at 11 a.m.    GOOD CAUSE exists. IT IS SO ORDERED.

**Dated:   December 12, 2011**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

2