```
BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559)497-4000
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 1:11-CR-00214 LJO |
|---|---|
| Plaintiff, | ) STIPULATION AND |
| | ) ORDER FOR CONTINUANCE OF |
| v. | ) HEARING ON MOTION TO SUPPRESS |
| MARCELINO HIGAREDA, | ) |
| Defendant. | ) |

   IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Yan Shrayberman, attorney for Marcelino Higareda, that the hearing on defendant's motion to suppress set for January 9, 2012 at 11:00 a.m. be continued to January 23, 2012 at 11:00 a.m.  The undersigned Assistant U.S. Attorney is scheduled to appear before the 9th Circuit Court of Appeals for oral argument at 9:30 a.m. on January 9, 2012.  The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(8)(A).

Dated: January 6, 2012                    Respectfully submitted,

                                          BENJAMIN B. WAGNER
                                          United States Attorney

                                     By   /s/ Kimberly A. Sanchez
                                          KIMBERLY A. SANCHEZ
                                          Assistant U.S. Attorney

Dated: January 6, 2012                    /s/ Yan Shrayberman
                                          YAN SHRAYBERMAN
                                          Attorney for Marcelino Higareda

                            ORDER

Good cause exists.  Granted.

IT IS SO ORDERED.

**Dated:   January 6, 2012**               /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE

2